■ MIP 145 East 57th Street, LLC, Respondent, v Art Capital Group, LLC, Also Known as Art Capital Group, Inc., Appellant, et al., Defendant. [45 NYS3d 786]—

Appeal from order, Supreme Court, New York County (Eileen A. Rakower, J.), entered on or about October 29, 2015, which denied defendant Art Capital Group's motion to vacate a default judgment entered against it, unanimously dismissed, without costs.

The right to directly appeal from the intermediate order terminated upon entry of the final judgment (*see Matter of Aho*, 39 NY2d 241, 248 [1976]; *Dietz Intl. Pub. Adjusters v Frankart Distribs.*, 157 AD2d 625 [1st Dept 1990]).

Were we to consider defendant's arguments on appeal, we would find them unavailing. Defendant offered no excuse, let alone a reasonable one, for its default on the underlying motion to strike its answer (*see* CPLR 5015 [a] [1]). This alone warranted denial of its motion to vacate (*see generally Rodgers v 66 E. Tremont Hgts. Hous. Dev. Fund Corp.*, 69 AD3d 510, 510 [1st Dept 2010]). Concur—Mazzarelli, J.P., Manzanet-Daniels, Feinman, Webber and Gesmer, JJ.